James Edward WILLIAMS,
Plaintiff–Appellant,

v.

Tabbaa MUMTAZ, Doctor; et al.,
Defendants–Appellees.

No. 12–16317.

United States Court of Appeals,
Ninth Circuit.

Submitted June 18, 2013.*

Filed June 26, 2013.

James Edward Williams, Delano, CA,
pro se.

John Randall Andrada, Esquire, Teresa
Morimoto, Esquire, Andrada & Associates
Professional Corporation, Oakland, CA,
William David Walker, Esquire, Craddick,
Candland & Conti, San Ramon, CA, for
Defendants–Appellees.

Before: TALLMAN, M. SMITH, and
HURWITZ, Circuit Judges.

MEMORANDUM **

California state prisoner James Ed-
wards Williams appeals pro se from the
district court's summary judgment in his
42 U.S.C. § 1983 action alleging deliberate
indifference to his serious medical needs.
We have jurisdiction under 28 U.S.C.
§ 1291. We review de novo, *Toguchi v.
Chung,* 391 F.3d 1051, 1056 (9th Cir.2004),
and we affirm.

The district court properly granted sum-
mary judgment because Williams failed to
raise a genuine dispute of material fact as
to whether defendants knew of and con-
sciously disregarded a serious risk of harm
to his health. *See Farmer v. Brennan,*
511 U.S. 825, 834, 114 S.Ct. 1970, 128
L.Ed.2d 811 (1994) (setting forth objective
and subjective prongs of deliberate indif-
ference claim); *Toguchi,* 391 F.3d at 1059–
1060 (neither a difference of opinion con-
cerning the course of treatment nor mere
negligence in diagnosing or treating a
medical condition amounts to deliberate
indifference); *see also Galen v. County of
Los Angeles,* 477 F.3d 652, 662 (9th Cir.
2007) (§ 1983 does not provide a cause of
action for alleged violations of state law).

We do not consider matters raised for
the first time on appeal. *See Dream Pal-
ace v. County of Maricopa,* 384 F.3d 990,
1005 (9th Cir.2004) (explaining the reasons
for not considering new arguments on ap-
peal, i.e., that doing so would deprive the
court of appeals "of a fully developed fac-
tual record" and "the benefit of the district
court's prior analysis").

Williams's pending motions are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.